**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>REUBEN CARLTON MORALES (4),<br>Defendant. | Case No.: 14-CR-1286-DMS<br><br>**ORDER GRANTING UNOPPOSED MOTION TO TERMINATE SUPERVISED RELEASE** |

**Based on the foregoing motion,** the Court hereby grants the Unopposed Motion to Terminate the Supervised Release of Defendant 4, Reuben Carlton Morales, in this matter.

**IT IS SO ORDERED.**

Dated:  February 10, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court